NUMBER
13-05-638-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

________________________________________________________

 

MAURICIO CHRISTOPHER ROBLES,                            Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

________________________________________________________

 

                  On
appeal from the 197th District Court 

                          of
Cameron County, Texas.

________________________________________________________

 

                     MEMORANDUM
OPINION

 

               Before
Justices Yañez, Rodriguez and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, MAURICIO CHRISTOPHER ROBLES, perfected an appeal from a judgment entered by the 197th District Court of Cameron County, Texas,  in cause number 2005-CR-392-C.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and

filed this the 20th day of April, 2006.